# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 00-00471SOM

CASE NAME:        U.S.A. Vs. Shane S. Rodrigues

ATTYS FOR PLA:    Lawrence Tong and Probation Office Frank M. Condello, II

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 11/17/2006 | TIME: | 9:02am-9:05am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present not in Custody.  Defendant's Oral Request to Continue this matter-is hereby Granted.  The Order to Show Cause continued to 12/11/2006 @3:45 p.m.  Defendant's Counsel will be filing a Legal Memorandum on 11-21-2006 by 5:00 p.m.  The Government's Reply Memorandum is to be filed by 12/1/2006 by the end of the day.


Submitted by Leslie L. Sai, Courtroom Manager