

# Chronology of Events/Modifications
*United State v. Shane Rodrigues*

Prior to First Modification

- Fri Feb 20, 2004 — Missed Drug Test
- Fri Sep 17, 2004 — Missed Drug Test
- Mon Oct 11, 2004 — Missed Drug Test
- Mon Nov 01, 2004 — Line of Credit w/o Permission

**Exhibit D-1**