# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 00-00471SOM

CASE NAME:        USA vs.  Shane S. Rodrigues

ATTYS FOR PLA:    Lawrence Tong
                  Frank Condello (USPO)

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/11/2006 | TIME: | 2:55 - 3:30 |

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Shane S. Rodrigues present.

Discussion held re: violations.

Court to proceed re: violations 6 and 7 only - no objection by the parties.

Defendant admits to violations 6 and 7.

Mr. Silvert requests a 3 month continuance in order to allow the defendant to prove his compliance with Court orders - objection by the Government - Court will grant a 6 week continuance.

This hearing is continued to 1/22/07 @ 3:00 p.m.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervised release.

Mr. Silvert to update the Court re: status of the defendant 1 week before the hearing.

Defendant to continue on supervised release.

Submitted by: Toni Fujinaga, Courtroom Manager.