AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:        1:00CR00471-001                                    Judgment - Page 3 of 7
DEFENDANT:          SHANE S. RODRIGUES

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ONE (1) DAY

This term consists of of ONE (1) DAY as to each of Counts 1 and 2, all terms to run concurrelty.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district at __ o'clock and __ min. AM
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 6:00 p.m. on 2/3/07.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 1 6 2007
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant self surrendered on 03 FEB 2007 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
UNITED STATES MARSHAL
WARDEN

By    J. Lumi
Deputy U.S. Marshal
Legal Tech