SEALED
BY ORDER OF THE COURT

AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

2007 OCT 15 AM10:12

U.S. MARSHALS SERVICE
HONOLULU, HI.

# UNITED STATES DISTRICT COURT

527192

—————————— District of Hawaii ——————————

UNITED STATES OF AMERICA

V.

SHANE RODRIGUES

(Name and Address of Defendant)

## WARRANT FOR ARREST

Case Number: CR 00-00471SOM-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 6 2007

at 10 o'clock and 00 min. A M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST **SHANE RODRIGUES** and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| _Sue M. Thomas_ | OCTOBER 15, 2007 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Honolulu, HI._ | | |
| Date Received _10/15/07_ | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest _10/15/07_ | _Arthur Ok / Deuen_ | |